Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Shaw Industries Group, Inc.     v. Automated Creel Systems, Inc.

No. 15-1116

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:     Shaw Industries Group, Inc.
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Thad C. Kodish |
| Law firm: | Fish & Richardson, P.C. |
| Address: | 1180 Peachtree Street, N.E., 21st Floor |
| City, State and ZIP: | Atlanta, GA  30309 |
| Telephone: | 404-892-5005 |
| Fax #: | 404-892-5002 |
| E-mail address: | tkodish@fr.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 9/26/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/12/2014
Date

*[signature]*
Signature of pro se or counsel

cc: Mark C. Johnson

123

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    Nov 12, 2014
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
    (by email or CM/ECF)

| Thad C. Kodish | s/Thad C. Kodish |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Fish & Richardson P.C.

Address: 1180 Peachtree St., NE, 21st Floor

City, State, ZIP: Atlanta, GA 30309

Telephone Number: 404-892-5005

FAX Number: 404-892-5002

E-mail Address: tkodish@fr.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

# **SERVICE LIST**

## United States Court of Appeals for the Federal Circuit
*Shaw Industries Group, Inc. v. Automated Creel Systems, Inc.*
*Case No. 15-1116*

Mark C. Johnson
Scott D. Smiley
The Concept Law Group, P.A.
200 South Andrews Avenue, Suite 100
Fort Lauderdale, FL 33301
Tel: 754-300-1500
Fax: 754-300-1501
Email: mjohnson@conceptlaw.com

*Attorneys for Respondent-Appellee*
*Automated Creel Systems, Inc.*