FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Shaw Industries Group, Inc.    v.    Automated Creel Systems, Inc.

No. 15-1116

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Automated Creel Systems, Inc.
                                   Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☑ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Scott D. Smiley |
| Law firm: | The Concept Law Group, P.A. |
| Address: | 200 South Andrews Avenue, Suite 100 |
| City, State and ZIP: | Fort Lauderdale, FL 33301 |
| Telephone: | (754) 300-1500 |
| Fax #: | (754) 300-1501 |
| E-mail address: | info@conceptlaw.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): February 22, 2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Nov. 12, 2014                    /s/ Scott D. Smiley
Date                             Signature of pro se or counsel

cc: Thad C. Kodish

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    Nov 12, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Scott D. Smiley | /s/ Scott D. Smiley |
| Name of Counsel | Signature of Counsel |

Law Firm: The Concept Law, P.A.

Address: 200 South Andrews Avenue, Suite 100

City, State, ZIP: Fort Lauderdale, FL, 33301

Telephone Number: (754) 300-1500

FAX Number: (754) 300-1501

E-mail Address: info@conceptlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SHAW INDUSTRIES GROUP, INC.,
vs.
AUTOMATED CREEL SYSTEMS, INC.,

CASE NO. 15-1116

## SERVICE LIST

Thad Charles Kodish, Esq.
Erin Alper, Esq.
Fish & Richardson, P.C.
1180 Peachtree Street, Suite, 2100
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002
Email: tkodish@fr.com
Email: alper@fr.com

John A. Dragseth, Esq.
Fish & Richardson, P.C.
3200 RBC Plaza, 60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696
Email: dragseth@fr.com

*Attorneys for Appellant SHAW INDUSTRIES GROUP, INC.*
*Service via CM/ECF.*