# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| SHAW INDUSTRIES GROUP, INC. )<br>Appellant, )<br> )<br>v. )<br> )<br>AUTOMATED CREEL SYSTEMS, INC. )<br>Cross-Appellant. )<br> ) | Appeal Nos. 2015-1116, -1119 |

## UNOPPOSED MOTION TO STAGE THE BRIEFING SCHEDULE IN THIS CASE IN ACCORDANCE WITH FEDERAL CIRCUIT RULE 31

The Director of the United States Patent and Trademark Office, pursuant to Fed. Cir. R. 26 and 31, requests that the time for filing the Director's brief, now due February 24, 2015, be staged pursuant to the chart below.

The Director, pursuant to Federal Circuit Rule 31(a)(4), intends to submit a single brief that responds to the briefs of both the Appellant and the Cross-Appellant in this consolidated appeal. The Director therefore respectfully requests that the due dates for the parties' briefs in this appeal be set in accordance with this Court's Order applying Fed. Cir. R. 31(a)(3)-(a)(4) under similar circumstances in *Microsoft Corp. v. Proxyconn, Inc.*, Nos. 2014-1542, -1543 (Fed. Cir. Aug. 13, 2014), and *Synopsys, Inc. v. Mentor Graphics Corp.*, Nos. 2014-1516, -1530 (Fed. Cir. Sept. 18, 2014):

| Brief | Due Date | Authority |
|---|---|---|
| Cross-Appellant's initial brief | February 24, 2015 | The Court's January 15, 2015 Order. |
| Director's brief | Within 40 days of the filing of the Cross-Appellant's initial brief | Fed. Cir. R. 31(a)(3)(A), Fed. Cir. R. 31(a)(4) |
| Appellant's reply brief | Within 40 days of the filing of the Director's brief | Fed. Cir. R. 31(a)(3)(A), Fed. Cir. R. 31(a)(4) |
| Cross-Appellant's reply brief | Within 14 days of the filing of Appellant's reply brief | Fed. Cir. R. 31(a)(3)(B) |

This motion is accompanied by a proposed Order.

    Respectfully submitted,

    _/s/Monica B. Lateef_
    NATHAN K. KELLEY
    Solicitor

    SCOTT C. WEIDENFELLER
    MONICA B. LATEEF
    Associate Solicitors
    Mail Stop 8
    P.O. Box 1450
    Alexandria, Virginia 22313-1450
    (571) 272-9035

    Attorneys for the Director of the
     United States Patent and Trademark Office

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| SHAW INDUSTRIES GROUP, INC.  )<br>Appellant,                                              )<br>                                                              )<br>v.                                                          )      Appeal Nos. 2015-1116, -1119<br>                                                              )<br>AUTOMATED CREEL SYSTEMS, INC. )<br>Cross-Appellant.                               )<br>_____) | |

## **ORDER**

Upon consideration of the Director's Unopposed Motion to Stage the

Briefing Schedule in this Case in Accordance with Federal Circuit Rule 31, it is

ORDERED that the Director's motion is granted.


                                                                    FOR THE COURT

Date: _____        _____


cc:     Nathan K. Kelley
        Solicitor
        Mail Stop 8
        P.O. Box 1450
        Alexandria, VA 22313-1450

        Thad C. Kodish
        Fish & Richardson P.C.
        1425 K Street, 11th Floor
        Washington, DC 20005

Scott C. Smiley
The Concept Law Group
200 S Andrews Avenue
Suite 100
Ft. Lauderdale, FL 33301

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January, 2015, I electronically filed the foregoing **UNOPPOSED MOTION TO STAGE THE BRIEFING SCHEDULE IN THIS CASE IN ACCORDANCE WITH FEDERAL CIRCUIT RULE** using the Court's CM/ECF filing system. Appellant and Cross-Appellant were served via first-class mail addressed as follows:

Thad C. Kodish
Fish & Richardson P.C.
1425 K Street, 11th Floor
Washington, DC 20005


Scott C. Smiley
The Concept Law Group
200 S Andrews Avenue
Suite 100
Ft. Lauderdale, FL 33301


/s/ MONICA B. LATEEF
Associate Solicitor
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450
(571) 272-9035