NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHAW INDUSTRIES GROUP, INC.,**
*Appellant,*

v.

**AUTOMATED CREEL SYSTEMS, INC.,**
*Cross-Appellant.*

---

2015-1116, -1119

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00132 and IPR2013-00584.

---

**ON MOTION**

---

**O R D E R**

The Director of the United States Patent and Trademark Office moves to set the briefing schedule such that it may file a single brief that responds to the briefs of both the appellant and cross-appellant in these appeals.

Upon consideration thereof,

2     SHAW INDUSTRIES GROUP v. AUTOMATED CREEL SYSTEMS

IT IS ORDERED THAT:

The motion is granted. The Director's brief shall be due within 40 days of the date of filing of Automated Creel Systems, Inc.'s brief. Shaw Industries Group, Inc.'s reply brief shall be due within 40 days of the filing of the Director's brief. Automated Creel Systems, Inc.'s reply brief shall be due within 14 days of the date of the filing of Shaw Industries Group, Inc.'s reply brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25